# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HEEDO HAN and GRACE E. HAN, individually and dba Top MRI Imaging Center; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:17-cv-02072-AG-AGRx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

1 | After consideration of the Joint Stipulation for Dismissal of the entire action
2 | with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Heedo Han and
3 | Grace E. Han ("Defendants"), the Court hereby enters a dismissal with prejudice of
4 | Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall
5 | bear his or its own costs and attorneys' fees.
6 |     IT IS SO ORDERED.

DATED: January 8, 2019

_____
UNITED STATES DISTRICT COURT JUDGE